No. 418. GIBBS *v.* BURKE, WARDEN. Certiorari, 335 U. S. 867, to the Supreme Court of Pennsylvania. It is ordered that Frederick Bernays Wiener, Esq., of Washington, D. C., a member of the Bar of this Court, be appointed to serve as counsel for the petitioner in this case.

DECEMBER 20, 1948.

No. 59. MARZANI *v.* UNITED STATES.

*Per Curiam:* The judgment is affirmed by an equally divided Court. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case. *Osmond K. Fraenkel* and *Allan R. Rosenberg* argued the cause and filed a brief for petitioner. *Solicitor General Perlman* argued the cause for the United States. With him on the brief were *Robert S. Erdahl* and *Irving S. Shapiro*. *Belford V. Lawson, Jr.* filed a brief for the National Lawyers Guild, as *amicus curiae*, urging reversal.